73,698-01 October 16, 2015

Dear Parole

RECEIVED IN
COURT OF CRIMINAL APPEAL

3 J 2015

Abel Acosta, Clerk

I would like A Time cut
This is my first time Down
Here At Jester 4 unit Ive been
on my best behavior my name
is ~~Reyna matthew Anthony~~
is Anthony mattew Reyna
I've need to know iF you
can drop my Sentence I
have 35 years need 10 years
dropped can you please check
iF you can see iF i can
go to the VAllEY and stay ↓ read
At A HALFWAY House please Back page

I have Already 8 years
Done Flat I'm willing to.
Do right And cooprate and
go the right way Have been
Arrested i was 17 years old
please get back with me

Thank you sir

Anthony Matthew Reynap #1863557
- Jester unit
4 Jester Rd
Richmond, TX 77406

Court of Criminal

Appeals of, TX

P.O. Box 2308
Capital station Austin TX